UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NOBLE CHARTERING INC.,

                Plaintiff,

- against -

AWAN TRADING CO. (PVT) LTD.,

                Defendant.
------------------------------------------------------------X

JUDGE COTE

07 CIV 6406

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: July 13, 2007
       New York, NY

                The Plaintiff,
                NOBLE CHARTERING INC.

                By: _____
                Kevin J. Lennon (KL 5072)
                Patrick F. Lennon (PL 2162)
                Nancy R. Peterson (NP 2871)
                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Ave., Suite 300
                New York, NY 10170
                (212) 490-6050
                (212) 490-6070 (fax)
                kjl@lenmur.com
                pfl@lenmur.com
                nrp@lenmur.com