UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NOBLE CHARTERING INC.,                          :
                                                :
                     Plaintiff,                 :          07-cv-06406-DLC
                                                :
- against -                                     :          ECF CASE
                                                :
AWAN TRADING CO. (PVT) LTD.,                    :
                                                :
                     Defendant.                 :
------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: August 1, 2008
       Southport, CT

                               The Plaintiff,
                               NOBLE CHARTERING INC.

                               By: _____
                               Nancy R. Siegel (NP 2871)
                               LENNON, MURPHY & LENNON, LLC
                               420 Lexington Ave., Suite 300
                               New York, NY 10170
                               Phone (212) 490-6050
                               Fax (212) 490-6070
                               nrs@lenmur.com